Morgan T. Petrelli, Esq.
Nevada Bar No. 13221
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
mpetrelli@swlaw.com

*Attorney for Harbor Freight Tools USA, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH OGDEN, Individually;<br><br>Plaintiff,<br><br>v.<br><br>HARBOR FREIGHT TOOLS USA, INC., a Corporation, and DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01129-MMD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Joseph Ogden ("Plaintiff") and Defendant Harbor Freight Tools USA, Inc. ("Defendant"), by and through their counsel of record, hereby stipulate and agree that this action be dismissed in its entirely with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   Each party will bear its own fees and costs.

2

3   Dated: June 28, 2023                                    Dated: June 28, 2023

4   SNELL & WILMER L.L.P.                                   ARIAS SANGUINETTI WANG &
                                                            TORRIJOS, LLP
5

6   By: /s/ *Morgan Petrelli*                               By: /s/ *Eddie Dennis*
        Morgan T. Petrelli, Esq.                                Gregg A. Hubley, Esq.
        Nevada Bar No. 13221                                    Christopher A.J. Swift, Esq.
7       3883 Howard Hughes Pkwy., Ste 1100                      7210 W. Lake Mead Blvd., Ste. 570
        Las Vegas, Nevada 89169                                 Las Vegas, NV 89128
8

9   *Attorney for Harbor Freight*
    *Tools USA, Inc.*                                       Eddie B. Dennis, Esq.
10                                                          LEDERER & NOJIMA LLP
                                                            12100 Wilshire Boulevard, Ste. 480
11                                                          Los Angeles, CA 90025

12                                                          *Attorneys for Plaintiff*

13

14                                                  **ORDER**

15      IT IS SO ORDERED.

16   Dated:  June 28, 2023

17                                                  _____
                                                    UNITED STATES DISTRICT COURT JUDGE
18

- 2 -